

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **Yes** (You must answer 1b even if the answer is No)

   1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: 17 CR 797, UNITED STATES v. SANCHEZ LACKLAND and JERMOL MIXON

   1b. Should this indictment or information receive a new case number from the court? **No**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **Yes**

   2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): 17 CR 797, UNITED STATES v. SANCHEZ LACKLAND (a/k/a "Chez") and JERMOL MIXON (a/k/a "Yak") – Judge Robert M. Dow Jr.

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **Yes**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **DAPCA Narcotics (III)**

10. List the statute of each of the offenses charged in the indictment or information.
    21 U.S.C. §§ 841(a)(1), 846, 952(b), 960(a)(1), and 963; 18 U.S.C. §§ 922(g)(1) and 924(c)

ANDREW C. ERSKINE
Assistant United States Attorney